
 
 
 
 1
  The People of the State of Colorado in the interest of: C.C.M., and The People of the State of Colorado, D.D.M., Petitioners  v.  D.J.M. Respondent No. 24SC301Supreme Court of Colorado, En BancAugust 19, 2024

 Court
 of Appeals Case No. 23CA1691

 Petitions
 for Writ of Certiorari GRANTED.

 [REFRAMED]
 Whether the division erred in concluding that Father did not
 waive his right to a jury trial at adjudication when he did
 not appear for a bench trial that was set after Father's
 counsel had orally requested a jury trial and Father also
 failed to appear at a number of pretrial conferences.

 DENIED
 AS TO ALL OTHER ISSUES.

 
